UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NATALIE J. ARNOLD,

Plaintiff,

-vs-
Case No. 6:09-cv-1803-Orl-28DAB

AXIUM HEALTHCARE PHARMACY,

Defendant.

## ORDER

This case is before the Court on Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 2) filed October 23, 2009 and Application to Proceed In Forma Pauperis (Doc. 7) filed November 3, 2009. The United States Magistrate Judge has submitted a report recommending that the first Application be denied as moot and the second Application be denied.

After an independent *de novo* review of the record in this matter, and consideration of Plaintiff's document filed at docket entry 11 which this Court interprets as an Objection to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 6, 2009 (Doc. No. 8) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 2) is **DENIED as moot.**

3. Plaintiff's Application to Proceed In Forma Pauperis (Doc. No. 7) is **DENIED**.

4. Plaintiff shall pay the filing fee within eleven (11) days of the date of this Order.

5. If Plaintiff fails to pay the filing fee within the time allowed herein, this action will be dismissed.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 23 day of November, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party